IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THEODORE BRITTON YATES,

     Plaintiff,                    No. CIV S-10-3133 DAD (TEMP) P

    vs.

DEPARTMENT OF MOTOR         <u>ORDER</u>
VEHICLES CALIFORNIA,

     Defendant.

                     /

        In accordance with the "referral notice" filed in this action on April 25, 2011 by the Clerk of the Ninth Circuit Court of Appeals, the court certifies that plaintiff's appeal of the dismissal of this action is taken in good faith.

DATED: April 28, 2011.

                                      /s/ Dale A. Drozd
                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

yate3133.gf